**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, David P. Fansler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID P. FANSLER<br><br>    Defendant. | CASE NO. 1:07-cr-00071 LJO<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; **ORDER**<br><br>DATE:   April 19, 2007<br>TIME:   1:30 p.m.<br>DEPT:   Hon. Sandra J. Snyder |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Mark e. Cullers, and counsel for Defendant DAVID P. FANSLER, Joan Jacobs Levie, that the date established for the arraignment, currently scheduled for April 5, 2007, at 1:30 p.m., in the courtroom of the Hon. Sandra J. Snyder, be continued until April 19, 2007 at 1:30 p.m.  The continuance is requested to allow the parties to determine whether a rapid resolution to the action is possible.

DATED: April 4, 2007            /Joan Jacobs Levie
                                JOAN JACOBS LEVIE,
                                Attorney for Defendant
                                DAVID P. FANSLER

DATED: April 4, 2007            Mark E. Cullers
                                MARK E. CULLERS
                                Assistant U.S. Attorney

**ORDER**

IT IS ORDERED that the arraignment in the above-entitled matter is continued to April 19, 2007 at 1:30 p.m. before Duty Magistrate Judge, U.S. District Court, Fresno, California.

DATED:  4/5/2007             By  /s/ Sandra M. Snyder
                                 SANDRA M. SNYDER
                                 Magistrate Judge, Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com