**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, David P. Fansler

# IN THE UNITED STATES DISTRICT COURT

# FOR THE  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-F-07-0071 LJO |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER |
| DAVID P. FANSLER | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Mark E. Cullers, and counsel for Defendant DAVID P. FANSLER, Joan Jacobs Levie and GalateaDeLapp, that the dates established for motions briefing and be continued.

The current schedule requires defense motions to be filed by June 29, 2007, government responses by July 20, 2007, defense replies by July 27, 2007, and the hearing on the motions on August 3, 2007 at 10:00 a.m.  The parties stipulate to a new schedule whereby defense motions will be filed by July 27, 2007, government responses by August 17, 2007, defense replies by August 24, 2007, and the hearing to be held on September 7, 2007.

The continuance is requested because:

(1)  Discovery is continuing to be provided to the defense by the government;

(2)   The defense has made a Henthorn request for governmental review of the personnel files of the IRS agents involved in the various investigations and proceedings against

Mr. Fansler who are expected to be called at trial, which is expected to result in additional discovery and defense motions; and

(3)  As the current indictment raises issues from a previous case in which Mr. Fansler was the defendant, his counsel are thoroughly reviewing the files, records, notes and other evidence from this precursor case, in order to completely investigate issues that will surface in the instant case.

(4)  The defense investigation is expected to reveal the need for motions that are premature at this time.

DATED: June 20, 2007                        /Joan Jacobs Levie_____
                                            JOAN JACOBS LEVIE,
                                            Attorney for Defendant
                                            DAVID P. FANSLER


DATED: June 20, 2007                        Mark E. Cullers_____
                                            MARK E. CULLERS
                                            Assistant U.S. Attorney

**ORDER**

IT IS ORDERED that the motions briefing and hearing schedule in the above-entitled matter be continued in accordance with the parties' stipulation.  Good cause is stated in the stipulation.

Motions due July 27, 2007.

Oppositions/responses due August 17, 2007.

Replies due August 24, 2007.

Motions hearing September 7, 2007.

IT IS SO ORDERED.

**Dated:    June 20, 2007**              _____/s/ Lawrence J. O'Neill_____
                                            UNITED STATES DISTRICT JUDGE