IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | CASE NO. 1:07-CR-00071 LJO |
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID P. FANSLER | |
| Defendant. | |

The Court has received and reviewed the Government's "Notice of Submission of Redacted and Unredacted Transcripts." This was done on an In Camera basis.

The redacted portions of the ICS History Transcript are minimal. It constitutes a total of eleven lines in the twenty-six pages of discovery. A close review of the eleven lines relates to conversations between Revenue Officer Manuel Arredondo and the IRS Criminal Investigation Division. The Court finds that the conversations redacted are wholly irrelevant to the instant charges and any possible defense in this case.

The minimally redacted discovery complies with the Government's obligation to provide that requested by counsel and required under the law.

IT IS SO ORDERED.

Dated:   October 11, 2007                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1