# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **JUDGMENT OF** |
| | ) | **ACQUITTAL** |
| | ) | |
| | ) | |
| | ) | CR F-07-00071-LJO |
| vs. | ) | |
| | ) | |
| DAVID P. FANSLER, | ) | |
| _____ | ) | |

The defendant having been found not guilty as to the charges by a jury verdict,

Judgment of Acquittal is hereby entered.

Dated: December 14, 2007         /s/ Lawrence J. O'Neill_____
                                 LAWRENCE J. O'NEILL
                                 United States District Judge